**HOLLY A. SULLIVAN**
California State Bar No. 216376
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: holly_sullivan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KONSTANTIN ANDREYEVICH DOTSENKO<br><br>Defendant. | CASE NO: 25CR2859-BJC<br><br>**NOTICE OF APPEARANCE OF LEAD COUNSEL** |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Holly A. Sullivan, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

Respectfully submitted,

Dated: October 16, 2025

*s/ Holly A. Sullivan*
**HOLLY A SULLIVAN**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant