AO 442 (Rev. 11/11) Arrest Warrant

FILED

OCT 20 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

# UNITED STATES DISTRICT COURT

ORDERED UNSEALED on 10/15/2025 s/ andreasar

SEALED

for the

Southern District of California

NOT FOR PUBLIC VIEW

United States of America
v.
KONSTANTIN ANDREYEVICH DOTSENKO

*Defendant*

Case No. 25-mj-03515

'25 CR2859 BJC

RECEIVED U.S. MARSHALS-S/CA 2025 JUN 23 PM 4:18

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* KONSTANTIN ANDREYEVICH DOTSENKO ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint

❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Title 18, U.S.C. Sec. 371 – Conspiracy to Commit Computer Fraud
Title 18 U.S.C. Sec. 1349 – Conspiracy to Commit Wire Fraud

DATE: 10/14/25
ARRESTED BY: USMS Extradition
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

Date: 06/20/2025

*Issuing officer's signature*

City and state: San Diego, California

Daniel E. Butcher, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

### Return

This warrant was received on *(date)* ______ , and the person was arrested on *(date)* ______

at *(city and state)* ______ .

Date: ______

*Arresting officer's signature*

*Printed name and title*